NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AC TECHNOLOGIES S.A.,**
*Appellant*

**v.**

**AMAZON.COM, INC., BLIZZARD ENTERTAINMENT, INC.,**
*Appellees*

---

2017-1999

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01804.

---

Decided: January 9, 2019

---

MINGHUI YANG, Hardy Parrish Yang, LLP, Austin, TX, argued for appellant. Also represented by VICTOR G. HARDY.

DANIEL T. SHVODIAN, Perkins Coie, LLP, Palo Alto, CA, argued for appellees. Also represented by CHRISTOPHER LEE KELLEY, WING LIANG, VICTORIA Q. SMITH; DAN L. BAGATELL, Hanover, NH.

---

Before MOORE, SCHALL, and STOLL, *Circuit Judges.*

STOLL, *Circuit Judge.*

Before us is AC Technologies S.A.'s appeal of the Patent Trial and Appeal Board's decision that all claims of U.S. Patent 8,656,125 are unpatentable.  On appeal, AC raises arguments substantially identical to those we rejected today in *AC Technologies S.A. v. Amazon.com, Inc.*, No. 18-1433.  For the reasons explained in that decision, we affirm the Board.

## AFFIRMED

### COSTS

Costs to Appellees.